IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 2:10-cr-449-1 |
| | : | |
| BARRY DOUGLAS,<br>Defendant. | : | |

**ORDER**

**AND NOW**, this 7th day of March, 2012, upon consideration of the Defendant's Motion for New Trial Under Rule 33(a) (Doc. No. 99), and the responses and replies thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
Mitchell S. Goldberg, J.