# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-449-1 |
| | : | |
| BARRY DOUGLAS | : | CIVIL NO. 14-2191 |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of December, 2014, upon consideration of the pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. no. 135), and the response and reply thereto, it is hereby **ORDERED** that the motion is **DENIED**. It is further **ORDERED** that a certificate of appealability shall not issue.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**